1  DAN SIEGEL, SBN 56400
2  ANNE BUTTERFIELD-WEILLS, SBN 139845
   JOSE LUIS FUENTES, SBN 192236
3  SIEGEL & YEE
   499 14th Street, Suite 220
4  Oakland, California  94612
   Telephone:  (510) 839-1200
5  Facsimile:   (510) 444-6698

6  Attorneys for Plaintiff MARIBEL PERALTA

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MARIBEL PERALTA, individually and as       Case No. C06-05003 SBA
   administrator of the estate of her deceased son,
12 GASTON ANDRADE-PERALTA,                    **STIPULATION AND ORDER TO
                                              CONTINUE EARLY SETTLEMENT
13               Plaintiff,                   CONFERENCE**
           vs.
14
   COUNTY OF ALAMEDA, a public entity;
15 DONALD H. BLEVINS, Chief Probation
   Officer, Alameda County Probation
16 Department; and MARYE L. THOMAS,
   Director, Alameda County Behavioral Health
17 Services Agency,

18               Defendants.

Plaintiffs and Defendants (hereafter the "Parties") were ordered by Judge Saundra Brown Armstrong to an early Mandatory Settlement Conference with Magistrate Judge James to be held by March 2, 2007.

Judge James' chambers scheduled a Mandatory Settlement Conference for January 31, 2007. However, Plaintiffs needed additional time to receive outstanding initial disclosures and to secure a protective order from state court regarding confidential juvenile files. Plaintiffs now seek a continuance of the March 2, 2007 deadline.

IT IS HEREBY STIPULATED by the Parties, through their counsel, as follows:

The Parties agree, with the Court's permission, to conduct the early Mandatory Settlement Conference on March 27, 2007 before Magistrate Judge James. This date has already been reserved for the parties on Judge James' calendar.

Dated: February 5, 2007          SIEGEL & YEE

By:_____/s/_____
　　　Jose Luis Fuentes
　　　Attorneys for Plaintiffs, MARIBEL PERALTA,
　　　individually and as administrator of the estate of
　　　GASTON ANDRADE-PERALTA

Dated: February 5, 2007          HAAPALA, ALTURA
                                 THOMPSON & ABERN, LLP

By:_____/s/_____
　　　Rebecca S. Widen
　　　Attorneys for Defendants
　　　COUNTY OF ALAMEDA, DONALD H.
　　　BLEVINS, and MARYE L. THOMAS

1

2 **ORDER**

3   After considering the proposed stipulation regarding continuing the Mandatory

4 Settlement Conference deadline and there being good cause, the Court grants the Parties

5 stipulation to conduct the Mandatory Settlement Conference before Judge James on

6 March 27, 2007.

7   IT IS SO ORDERED.

8

9 Dated: 2/9/07                         *Saundra B. Armstrong*

10                                    Honorable Saundra Brown Armstrong
                                      Judge, United States District Court