1  DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD-WEILLS, SBN 139845
2  JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
3  499 14th Street, Suite 220
Oakland, California 94612
4  Telephone: (510) 839-1200
Facsimile: (510) 444-6698
5

6  Attorneys for Plaintiff MARIBEL PERALTA

7

8  Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
9  HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
10  Oakland, California 94612
Tel:    510-763-2324
11  Fax:    510-273-8570

12  Attorneys For Defendants
COUNTY OF ALAMEDA, DONALD H. BLEVINS,
13  and MARYE L. THOMAS

14              UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

16  MARIBEL PERALTA, individually and as·  )  Case No.: C06-05003 SBA
administrator of the estate of her deceased son, )
17  GASTON ANDRADE-PERALTA,            )  **STIPULATION AND ORDER TO**
                                       )  **FURTHER CONTINUE MANDATORY**
18              Plaintiffs,            )  **SETTLEMENT CONFERENCE DATE**
                                       )
19          vs.                        )
                                       )
20  COUNTY OF ALAMEDA, a public entity, )
DONALD H. BLEVINS, Chief Probation   )
21  Officer, Alameda County Probation    )
Department; and MARYE L. THOMAS,     )
22  Director, Alameda County Behavioral Health )
Services Agency,                     )
23                                     )
              Defendants.             )
24  _____)

25

26      The parties currently have a Mandatory Settlement Conference scheduled with

27  Magistrate Judge James on March 27, 2007 at 10:00 a.m. Due to an unavoidable scheduling

28  conflict on the part of Defendants' risk management representative, the parties hereby agree and

                                    1

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1    stipulate to reschedule the Mandatory Settlement Conference to <u>May 9, 2007 at 10:00 a.m.</u> This

2    new date has been cleared with Magistrate Judge James' chambers and is being reserved for the

3    parties.

4    Dated: February 22 , 2006            SIEGEL & YEE

5

6

7                                          By:_____

8                                               Jose Luis Fuentes
                                              Attorneys for Plaintiffs, MARIBEL PERALTA,
9                                              individually and as administrator of the estate of
                                              GASTON ANDRADE-PERALTA

10

11   Dated: February 21, 2006             HAAPALA, ALTURA
                                          THOMPSON & ABERN, LLP
12

13

14                                         By:_____/s/ Rebecca S. Widen_____

15                                              Rebecca S. Widen
                                              Attorneys for Defendants
16                                             COUNTY OF ALAMEDA, DONALD H.
                                              BLEVINS, and MARYE L. THOMAS

17

18                              **ORDER**

19       The Mandatory Settlement Conference shall proceed on the new date of May 9, 2007 at

20   10:00 a.m., in accordance with the parties' stipulation.

21       IT IS SO ORDERED.

22   Dated:  2/26/07

23                                         _____

24                                              Honorable Saundra Brown Armstrong
                                              Judge, United States District Court

25

26

27

28

2

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570