Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
Sewali K. Patel, SBN 225728
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, DONALD H. BLEVINS,
and MARYE L. THOMAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| MARIBEL PERALTA, individually and as administrator of the estate of her deceased son, GASTON ANDRADE-PERALTA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.: C06-05003 SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARYE L. THOMAS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT MAY 9, 2007 SETTLEMENT CONFERENCE** |

Defendant MARYE L. THOMAS has requested to be excused from personally attending the May 9, 2007 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in her place will be a representative of the COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

Defendant MARYE L. THOMAS' request to be excused from the conference is hereby granted.

Dated: May 8, 2007

_____
Judge Maria-Elena James

IT IS SO ORDERED